AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
February 11, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: __Fidel Morales__
DEPUTY

United States of America
v.

**LEONARDO JOSE CONTASTI-GUTIERREZ**

*Defendant(s)*

Case No. **EP:25-M-00580-MAT**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 10, 2025** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 111 (a)(1) | Assault of a Federal Officer |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

Complaint sworn to telephonically on **February 11, 2025** at **02:00 PM** and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 02/11/2025

City and state: El Paso, TX

*Complainant's signature*
Juan A. Harices Jr., TFO FBI
*Printed name and title*

*Judge's signature*
Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

## Affidavit

1. On February 10, 2025, J.M., who is a United States Border Patrol Agent was assigned to Station One, plain-clothes Disrupt Unit. J.M. engaged in the performance of his official duties while patrolling in the downtown area of El Paso, Texas which is located within the Western District of Texas when he encountered LEONARDO JOSE CONTASTI-GUITERREZ.

2. LEONARDO JOSE CONTASTI-GUTIERREZ (herein after CONTASTI), a Venezuelan national, was encountered by J.M. while walking on the sidewalk on the 200 block of S. Mesa Street in El Paso, TX, 79901.

3. J.M. received a Border Patrol service radio transmission giving a description of a suspicious individual which was walking in the vicinity of where J.M. was patrolling. At approximately 8:20 AM, J.M. stopped his vehicle and approached CONTASTI to conduct a consensual conversation in the Spanish language. As J.M. approached CONTASTI, he verbally identified himself as a Border Patrol Agent at which time CONTASTI began to back away, attempting to create space from J.M. J.M. was able to grab CONTASTI by the t-shirt and attempted to detain him to further conduct an immigration inspection. CONTASTI began to attempt to run from J.M., knocking him off balance as J.M. continued to try to hold on. In the process, CONTASTI struck J.M. under his left eye. CONTASTI was able to free himself and ran approximately one block from where the assault occurred.

4. CONTASTI was apprehended by other Border Patrol Agents that had responded to the area to assist J.M. CONTASTI was transported to Paso Del Norte Border Patrol Processing Facility (PDT) to determine his immigration status and to be interviewed by the FBI.

5. CONTASTI was Mirandized and interviewed at PDT by FBI Special Agents and FBI TFO's. CONTASTI stated he was fully aware the agent was a Border Patrol Agent when the Agent verbally announced himself. CONTASTI stated that due to what he had recently seen in the news, he thought he was going to be deported and decided to get into the physical altercation with the agent and run from him. CONTASTI stated he did not punch the agent in the face. CONTASTI stated he knew he had made the mistake of running and realized he should not have run from the agent.

6. J.M. had a visible welt under his left eye but did not require medical attention. J.M. was able to drive himself to the Paso Del Norte Border Patrol facility where he was interviewed by the FBI

7. Based on the facts set forth in this affidavit, there is probable cause to believe that LEONARDO JOSE CONTASTI-GUTIERREZ has committed violations of Title 18, United States Code (U.S.C.), Section 111(a)(1) Assault of a Federal Officer within the Western District of Texas.

_____
Task Force Officer Juan A. Harices Jr.

Federal Bureau of Investigations

SUBSCRIBED AND SWORN TO BEFORE ME ON February 10, 2025.

_____

MIGUEL A. TORRES

UNITED STATES MAGISTRATE JUDGE